## PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>Chief U.S. Magistrate Judge | RE: | BELL, HERBERT |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 06-00087 PJH |
| DATE: | February 23, 2006 | | |

FILED
2006 FEB 28 AM 7:33
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| Betty A. Kim | 510-637-3755 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☒ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge Joseph C. Spero  Presiding District Court Judge _____
Courtroom A, 15th Floor, San Francisco, CA 94102

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                              2/27/06
                                              DATE

Cover Sheet (12/03/02)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CR06-00087 PJH (JCS) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| HERBERT BELL, ET AL., | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Hall
U S Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Joseph O'Sullivan
1500 20th Street
San Francisco, CA 94107

Betty Kim
US Pretrial Services
Oakland, CA

Dated: February 28, 2006

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk