KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7168

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>HERBERT BELL,  )<br>  )<br>    Defendant.  )<br>_____ ) | No. CR 06-0087 PJH<br><br>MOTION TO CONTINUE<br>SENTENCING DATE and<br>(~~PROPOSED~~) ORDER |

    So that all terms of the plea agreement may be completed prior to sentencing, the parties hereby move the Court to continue the sentencing hearing date currently set for February ~~24~~ 14, 2007 at 2:30 p.m., and set a date of May 16, 2007 other convenient date set by the Court. I have been authorized by Joseph O' Sullivan, counsel, for defendant, to sign on his behalf.

    Respectfully stipulated and submitted.

DATED:   February 16, 2007

                                      /s/
                              C. DAVID HALL
                              Assistant United States Attorney

MOTION AND [PROPOSED] ORDER TO CONTINUE
CR 06-0087 PJH                               1

1
2  The sentencing hearing date currently set for February ~~24~~ 14, 2007 at 2:30 p.m., is continued to the
3  date of May 16, 2007 at 2:30 p.m.
4  IT IS SO ORDERED:
5
6
7  _____
   PHYLLIS J. HAMILTON, DISTRICT COURT JUDGE

   *IT IS SO ORDERED*
   *Judge Phyllis J. Hamilton*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION AND [PROPOSED] ORDER TO CONTINUE
CR 06-0087 PJH                          2